UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICARDA SANCHEZ | |
| Plaintiff, | |
| v. | Civil Action No: 3:20-cv-00168 |
| AV JANITORIAL SERVICES, LLC., ALFREDO VILLACIS | July 9, 2020 |
| Defendants | |

## MOTION FOR DEFAULT JUDGMENT

This action was brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Connecticut minimum wage law, Conn. Gen. Stat. 31-58, et seq., ("CMWA"). The Court has entered a default against Defendants Alfredo Villacis and AV Janitorial Services, LLC, ("AVJS") for failure to appear. (Doc. # 10). Plaintiff Sanchez now moves, pursuant to Fed. R. Civ. P. 55, for an entry of default judgment against Defendants, and seeks an award of unpaid wages and liquidated damages in the amount of $8,787.20

Respectfully submitted,

Plaintiff Ricarda Sanchez

By: /s/ **James Bhandary-Alexander**
James Bhandary-Alexander (ct28135)
New Haven Legal Assistance Association
205 Orange Street
New Haven, CT 06510
(203) 215-5345

James.bhandary-alexander@yale.edu
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James Bhandary-Alexander