UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICARDA SANCHEZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 3:20-cv-00168 |
| ) | |
| ) | |
| AV JANITORIAL SERVICES, LLC., ) | June 10, 2020 |
| ALFREDO VILLACIS ) | |
| ) | |
| Defendants ) | |

### Affidavit of Ricarda Sanchez

1. My name is Ricarda Sanchez. I am over 18 years old and understand the meaning of an oath.

2. I lived in Connecticut during all of 2019.

3. I worked for AV Janitorial Services, LLC as a maintenance worker at a Best Buy store in West Hartford.

4. Defendant Villacis was my boss: he hired me, negotiated my rate of pay, paid me, and when problems started, was the one who refused to pay me.

5. I worked from 7:00 AM to 10:00 AM seven days per week.

6. Initially, Mr. Villacis promised to pay me $441 twice a month for 21 hours of work per week. I do not know how he came to such a specific amount.

7. However, between June 1, 2019 and December 31, 2019, Mr. Villacis only paid me three times: once in June, once in August, and once in October.

8. I kept working, without getting paid, because Mr. Villacis told me I would eventually get paid, that cash was low, and I was afraid of losing the job.

9. In October of 2019, my legal aid lawyers sent the employer a letter asking for my unpaid wages and Mr. Villacis told them that he didn't know who I was, even though I was working for him at the time.

10. I kept working until mid-December, when I finally quit because of the lack of payment.

_____
Ricarda Sanchez

Subscribed and sworn to before me this 8 day of July, 2020

_____
Commissioner of the Superior Court